JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-1025-GW-DFM | Date | August 4, 2023 |
|---|---|---|---|
| Title | *Dameon Lewis Miller v. Ron Rackley* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:      IN CHAMBERS - COURT ORDER**

    On January 31, 2023, Dameon L. Miller ("Petitioner") filed the present Petition for Writ of Habeas Corpus ("Petition"). *See* ECF No. 1. On the same day, he filed a Motion for Stay and Abeyance to permit him to exhaust certain of "his claims of constitutional errors in the State Courts as required by 28 USC Section 2254(b)" ("Motion"). *See* ECF No. 3. The Motion was not granted. Also on January 31, 2023, the Clerk of the Court notified Petitioner that he had failed to provide the filing fee of $5.00 and that, if he was unable to pay the entire feed at that point, he "must sign and complete this Court's Request to Proceed without Prepayment of Filing Fees with Declaration in Support (Form CV-60P) in its entirety;" and that, if he did not respond to the Clerk's notice with 30 days, his case "may be dismissed." *See* ECF No. 4.

    At this point, Petitioner has not: (1) paid the filing fee, (2) submitted an executed Form CV-60P, (3) notified the Court as to the status of his attempts to exhaust his claims in the state court, and/or (4) filed anything with the Court since January 31, 2023. In light of the above, the Petition is DENIED without prejudice.

|  | : |
|---|---|
| Initials of Preparer | JG |