JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAMEON LEWIS MILLER, | Case No. 2:23-cv-01025-GW (DTB) |
| Petitioner, | **J U D G M E N T** |
| v. | |
| RON RACKLEY, | |
| Respondent. | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: February 26, 2025 _____

                                                        GEORGE H. WU
                                                        United States District Judge